

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

GENAO, ANTONIO

**Full name(s) of Plaintiff(s)**
**(Do not use *et al.*)**

Case No. 3:20-cv-01829-KAD

(To be supplied by the Court)

v.

NEW YORK

COUNTY FAMILY COURT

**Full names of Defendant(s)**
**(Do not use *et al.*)**

**A. PARTIES**

1. GENAO, ANTONIO _____ is a citizen of NEW YORK _____ who
   (Plaintiff)                                  (State)
presently resides at 237 WEST 127TH STREET _____.
                    (mailing address)

2. Defendant NEW YORK COUNTY FAMILY COURT is a citizen of NEW YORK _____
           (name of first defendant)                              (State)
whose address is 60 Lafayette St, New York, NY 10013 _____.

3. Defendant _____ is a citizen of _____
　　　　　　　(name of second defendant)　　　　　　　　　　　　　　　　(State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

COLOR OF RIGHTS VIOLATION

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

ON GOING COLOR OF RIGHTS VIOLATION SINCE 2011

18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 FEDERAL TITLE 42 LITIGATION GIBSON V BOYLE, 139 ARIZ 512. - MILLER V US., 230 F 2D 486, 489

NY Penal Law § 120.12 N.Y. PENAL LAW § 120.12 (2009) Article 135 Kidnapping, Coercion and Related Offenses Penal (PEN) CLASS E FELONIES (VIOLENT)

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** COLOR OF RIGHTS VIOLATION

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

COLOR OF RIGHTS VIOLATION

**Claim II:** COLOR OF RIGHTS VIOLATION

Supporting Facts:

3

ON GOING COLOR OF RIGHTS VIOLATION SINCE 2011

18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 FEDERAL TITLE 42
LITIGATION
GIBSON V BOYLE, 139 ARIZ 512. - MILLER V US., 230 F 2D 486, 489

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)
MAXIMUM COMPENSATION AMOUNT ALLOWED FOR A COLOR OF RIGHTS
VIOLATION

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes          No  X

_____
Original signature of attorney (if any)

_____
Printed Name

**Plaintiff's Original Signature**

_Gemo - Antonio_
Printed Name

(   )
Attorney's full address and telephone

(   )
Plaintiff's full address and telephone

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on ____11/25/2020____ .
                        (location)                        (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5